# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 191 MAL 2018

         Respondent                :

                                    :    Petition for Allowance of Appeal from

                                    :    the Order of the Superior Court

         v.                           :

                                    :

                                    :

ODELL QUARN CANNON,             :

         Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.